IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.                                          Case No. 1:21-CR-234

ROSE-MARIE NSAHLAI,

*Defendant.*

## VERDICT FORM

As to **Count 1**, Conspiracy to Commit Bank Fraud, between on or about April 2020 and on or about October 2020, we the jury find:

Guilty ___✓___      Not Guilty _____

As to **Count 2**, executing a scheme and artifice to commit Bank Fraud on or about April 3, 2020, we the jury find:

Guilty ___✓___      Not Guilty _____

As to **Count 3**, executing a scheme and artifice to commit Bank Fraud on or about April 3, 2020, we the jury find:

Guilty ___✓___      Not Guilty _____

As to **Count 4,** Engaging in Monetary Transactions in Criminally Derived Property in amount exceeding $10,000 on or about May 13, 2020, we the jury find:

Guilty ___✓___      Not Guilty _____

As to **Count 5**, Engaging in Monetary Transactions in Criminally Derived Property in an amount exceeding $10,000 on or about May 29, 2020, we the jury find:

Guilty ___✓___      Not Guilty _____

3/6/2023
_____
Date

REDACTED